IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01761-WYD-MEH

WILLIAM SHELTON,

    Plaintiff,

v.

COURTYARD MANAGEMENT CORPORATION, a Delaware corporation, and
COLORADO SNOW SERVICES, LLC, a Division of ENRIGHT COMPANIES, LLC, both
Colorado corporations,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 18, 2009.**

    Plaintiff's Motion to File Third Amended Complaint [filed November 16, 2009; docket #18] is **denied without prejudice** with leave to re-file. Although Plaintiff's counsel certifies "he has conferred or made reasonable attempts to confer" with opposing counsel, Plaintiff's counsel makes no indication whether the request is opposed, nor does Plaintiff's counsel describe the specific efforts made to comply with this rule. The Court reminds the parties of their continuing obligations to comply fully with D.C. Colo. LCivR 7.1A and B. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail).