IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01761-WYD-MEH

WILLIAM SHELTON,

    Plaintiff,

v.

COURTYARD MANAGEMENT CORPORATION, a Delaware corporation, and
COLORADO SNOW SERVICES, LLC, a Division of ENRIGHT COMPANIES, LLC, both Colorado corporations,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 24, 2009.**

Pending before the Court is Plaintiff's Motion to File Third Amended Complaint [filed November 23, 2009; docket #31]. Plaintiff represents that Defendant Courtyard Management Corporation opposes the relief requested. The Court instructs Defendant Courtyard Management Corporation to respond to the pending motion on or before **December 4, 2009**.

Plaintiff's Motion to Strike Motion to File Third Amended Complaint [filed November 23, 2009; docket #29] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A and B.

Plaintiff's Motion to File Third Amended Complaint [filed November 20, 2009; docket #27] is **denied as duplicative** of the motion filed at docket #18. (*See* docket #26.)