IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01761-WYD-MEH

WILLIAM SHELTON,

    Plaintiff,

v.

COURTYARD MANAGEMENT CORPORATION, a Delaware corporation, and
COLORADO SNOW SERVICES, LLC, a Division of ENRIGHT COMPANIES, LLC, both Colorado corporations,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 7, 2009.**

    Pending before the Court is Plaintiff's Motion to File Third Amended Complaint [filed November 23, 2009; docket #31]. Plaintiff represents that Defendant Courtyard Management Corporation opposes the relief requested. The Court instructed Defendant Courtyard Management Corporation to respond to the pending motion on or before December 4, 2009; however, Defendant Courtyard Management Corporation has not filed a response. Accordingly, the Court construes Plaintiff's Motion as unopposed. In light of the early stage of this litigation and Rule 15's requirement that the Court freely give leave to amend, Plaintiff's Motion is **GRANTED**. The Clerk of Court is directed to enter the Third Amended Complaint located at Docket #31-3.