IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01761-WYD-MEH

WILLIAM SHELTON,

    Plaintiff,

v.

COURTYARD MANAGEMENT CORPORATION, a Delaware corporation, and
COLORADO SNOW SERVICES, LLC, a Division of ENRIGHT COMPANIES, LLC, both Colorado corporations,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 11, 2009.**

    Defendant Courtyard Management Corporation's Motion to Vacate Settlement Conference or, in the Alternative, Motion to Appear by Telephone [filed December 9, 2009; docket #37] is **granted** as follows. While the Court recognizes that Plaintiff opposes vacating the Settlement Conference set for January 7, 2010, the Court believes that engaging in settlement negotiations when one party is not prepared to do so would be unproductive. Accordingly, the Settlement Conference set for January 7, 2010, is hereby **vacated**. The parties shall conference together and call Chambers at (303) 844-4507 on or before **December 17, 2009**, to reschedule.