IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01761-WYD-MEH

WILLIAM SHELTON,

    Plaintiff,

v.

COURTYARD MANAGEMENT CORPORATION, a Delaware corporation; and COLORADO SNOW SERVICES, LLC, a division of ENRIGHT COMPANIES, LLC, both Colorado corporations,

    Defendants.

## ORDER DISMISSING PARTIES

Pursuant to the parties' Stipulation for Dismissal Without Prejudice, filed January 6, 2010 [#41], Defendants Colorado Snow Services, LLC and Enright Companies, LLC are hereby **DISMISSED** from this action **WITHOUT PREJUDICE**, each party to pay its own costs and attorneys' fees.

Dated:  January 6, 2010

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge