IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-01761-WYD-MEH

WILLIAM SHELTON,

    Plaintiff,

v.

COURTYARD MANAGEMENT CORPORATION, a Delaware corporation; and COLORADO SNOW SERVICES, LLC, a division of ENRIGHT COMPANIES, LLC, both Colorado corporations,

    Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER has come before the Court on the Stipulated Motion to Dismiss With Prejudice, filed April 7, 2010 [#58]. Upon review of the motion, and being fully advised, it is hereby

ORDERED that the motion is **GRANTED** and the above-captioned case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.

Dated this 7th day of April, 2010.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE